IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

LUDLOW V. CORBIN )
and DIANE E. CORBIN, )
)
      Plaintiffs, ) TC-MD 140322N
)
    v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
      Defendant. ) **FINAL DECISION**

This Final Decision incorporates without change the court's Decision entered October 13, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Defendant's Recommendation filed on September 24, 2014.

Plaintiffs filed their Complaint on July 15, 2014, requesting a refund of $8,339. (Ptfs' Compl at 1.) In its Recommendation, Defendant agreed to revise Plaintiffs' Oregon income tax return for tax year 2013 to reflect Oregon source income of $57,950 and a credit in the amount of $8,883 for the Oregon state withholding tax noted on Plaintiff Ludlow Corbin's 2013 form W2. (Def's Recommendation at 1.) On October 9, 2014, Plaintiffs filed a letter stating they "accept the terms of [Defendant's] recommendation." (Ptfs' Ltr at 1, Oct 6, 2014.) Because the parties are in agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that Defendant shall revise its Notice of Tax Assessment, dated April 30, 2014, to reflect an Oregon source income of $57,950, and a credit of $8,883 for Oregon income tax withholding for tax year 2013.

Dated this ____ day of October 2014.


_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on October 30, 2014.  The court filed and entered this document on October 30, 2014.*